UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| 395 LAMPE, LLC, | 3:12-cv-00358-LRH (WGC) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | July 3, 2012 |
| DESERT RANCH, LLLP, *et. al.* | |
| Defendants. | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE OGDEN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendants Desert Ranch, LLLP, and Timothy L. Blixseth's Ex Parte Application to Enlarge Time to File Responsive Pleading to Plaintiff's Complaint [First Request]. (Doc. # 3.)

Good cause appearing, Defendants' motion (Doc. # 3) is **GRANTED**. Defendants will have up to and including **July 24, 2012**, to file their responsive pleading.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
        Deputy Clerk