UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| 395 LAMPE, LLC, a Nevada limited liability company, | ) ) Case No.: 3:12-cv-00358-LRH-WGC |
| Plaintiff, | ) 3:12-cv-00385-HDM-VPC ) |
| vs. | ) ) ORDER |
| DESERT RANCH, LLLP, a Nevada limited partnership; TIMOTHY L. BLIXSETH, an individual; DOES 1 through 10; and DOE CORPORATIONS 1 through 10, | ) ) ) ) ) |
| Defendants. | ) ) |

The judges having conferred regarding the status of related cases 3:12-cv-358-LRH-WGC (395 Lampe, LLC v. Desert Ranch, LLP, et al.) and 3:12-cv-385-HDM-VPC (395 Lampe, LLC, et al. v. Timothy L. Blixseth, et al.), and it appearing that these cases share common questions and facts,

Good cause appearing, it is ORDERED that these cases be consolidated under 3:12-cv-358-LRH-WGC.

IT IS FURTHER ORDERED that case 3:12-cv-358-LRH-WGC shall be the base case, and case 3:12-cv-385-HDM-VPC shall be the member case.

IT IS FURTHER ORDERED that Defendants' Motion to Consolidate Cases (#18) in 3:12-cv-358-LRH-WGC is GRANTED.

IT IS SO ORDERED.

DATED this 11th day of December, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE